# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. ) | |
| ) | **MISCELLANEOUS ACTION** |
| Plaintiff, ) | |
| ) | **SUBPOENA IN A CIVIL CASE** |
| ) | |
| vs. ) | Case No. |
| ) | |
| GOOGLE INC. ) | Principal case pending in Northern |
| ) | District of California, Civil Action No. |
| Defendant. ) | 3:10-cv-03561-WHA |

## MOTION TO COMPEL THE DEPOSITION OF MOTOROLA

Oracle America, Inc. ("Oracle") respectfully moves this Court for an order compelling Motorola Mobility, Inc. ("Motorola") to provide a witness in response to Oracle's 30(b)(6) deposition subpoena. This motion is based on the concurrently filed Memorandum in Support of the Motion to Compel the Deposition of Motorola, the Declaration of Roman A. Swoopes and supporting exhibits, and upon all further oral or documentary evidence as may be presented at the time of the hearing on the motion.

Dated: August 5, 2011  Respectfully submitted,

ORACLE AMERICA, INC.

| | |
|---|---|
| */s/ Todd H. Flaming*_____<br>  Todd H. Flaming<br><br>KRAUSFLAMING LLC<br>TODD H. FLAMING<br>Todd@KrausFlaming.com<br>KENNETH E. KRAUS<br>Ken@KrausFlaming.com<br>20 South Clark Street, Suite 2620<br>Chicago, IL 60603<br>Tel: (312) 447-7217<br>Fax: (312) 236-9201<br><br>MORRISON & FOERSTER LLP<br>DANIEL P. MUINO<br>dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Tel: (650) 813-5600 / Fax: (650) 494-0792<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>MARC DAVID PETERS<br>mdpeters@mofo.com<br>DANIEL P. MUINO<br>dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Tel: (650) 813-5600 / Fax: (650) 494-0792<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES<br>dboies@bsfllp.com<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN<br>sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Tel: (510) 874-1000 / Fax: (510) 874-1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA<br>matthew.sarboraria@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel: (650) 506-5200 / Fax: (650) 506-7114<br><br>*Attorneys for Plaintiff*<br>  ORACLE AMERICA, INC.<br>  in principal action |

**CERTIFICATE OF SERVICE**

I, Todd H. Flaming, an attorney, certify that I caused a copy of the attached Motion to be served, this 5th day of August, 2011 upon the following parties as set forth below:

| | |
|---|---|
| MOTOROLA MOBILITY, INC.<br>c/o CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, Illinois 60604<br>(by process server)<br><br>GOOGLE INC.<br>(all counsel by email)<br>Robert F. Perry<br>Scott T. Weingaertner<br>Bruce W. Baber<br>Mark H. Francis<br>Christopher C. Carnaval<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br>---<br>RPerry@kslaw.com<br>SWeingaertner@kslaw.com<br>bbaber@kslaw.com<br>mfrancis@kslaw.com<br>ccarnaval@kslaw.com<br>---<br>Google-Oracle-Service-OutsideCounsel@kslaw.com<br>Fax:     212.556.2222<br><br>Donald F. Zimmer, Jr.<br>Cheryl Z. Sabnis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br>fzimmer@kslaw.com<br>csabnis@kslaw.com<br>Fax: 415.318.1300 | Timothy T. Scott<br>Geoffrey M. Ezgar<br>Leo Spooner III<br>KING & SPALDING, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA  94065<br>TScott@kslaw.com<br>GEzgar@kslaw.com<br>LSpooner@kslaw.com<br>Fax:     650.590.1900<br><br>Steven Snyder<br>KING & SPALDING LLP<br>100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202<br>ssnyder@kslaw.com<br>Fax:     704.503.2622<br><br>Brian Banner<br>King & Spalding LLP<br>401 Congress Avenue<br>Suite 3200<br>Austin, TX  78701<br>bbanner@kslaw.com<br>Fax.  512.457.2100 |

| | |
|---|---|
| Ian C. Ballon<br>Heather Meeker<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>ballon@gtlaw.com<br>meekerh@gtlaw.com<br>Fax:     650.328.8508<br><br>Valerie W. Ho<br>GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404<br>hov@gtlaw.com<br>Fax:  310.586.7800 | Renny F. Hwang<br>GOOGLE INC.<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043<br>rennyhwang@google.com<br>Fax:     650.618.1806<br><br>Joseph R. Wetzel<br>Dana K. Powers<br>GREENBERG TRAURIG, LLP<br>153 Townsend Street, 8th Floor<br>San Francisco, CA  94107<br>wetzelj@gtlaw.com<br>powersdk@gtlaw.com<br>Fax:  415.707.2010<br><br>Robert A. Van Nest<br>Christa M. Anderson<br>Michael S. Kwun<br>Daniel Purcell<br>Eugene M. Paige<br>Matthias A. Kamber<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>rvannest@kvn.com<br>canderson@kvn.com<br>mkwun@kvn.com<br>dpurcell@kvn.com<br>epaige@kvn.com<br>mkamber@kvn.com<br>dalvik-kvn@kvn.com<br>Fax: 415.397.7188 |

/s/ *Todd H. Flaming*
_____
Todd H. Flaming