IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. <br><br> Defendant. | ) **MISCELLANEOUS ACTION** <br> ) <br> ) **SUBPOENA IN A CIVIL CASE** <br> ) <br> ) Case No. 11-cv-5320 <br> ) <br> ) Principal case pending in Northern <br> ) District of California, Civil Action No. <br> ) 3:10-cv-03561-WHA |

## NOTICE OF MOTION

To: See attached Certificate of Service

**Please take notice that** on Thursday, August 11, 2011, at 9:00 a.m., we shall appear before the Honorable Samuel Der-Yeghiayan or any judge sitting in his stead in the courtroom usually occupied by him, Courtroom 1903 of the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Oracle's Motion to Compel the Deposition of Motorola**, a copy of which has been served upon you.

Dated this 15th day of August, 2011.

Respectfully submitted,

ORACLE AMERICA, INC.

/s/ Todd H. Flaming
One of Its Attorneys

pa-1478754

KRAUSFLAMING LLC
TODD H. FLAMING
Todd@KrausFlaming.com
KENNETH E. KRAUS
Ken@KrausFlaming.com
20 South Clark Street, Suite 2620
Chicago, IL 60603
Tel: (312) 447-7217
Fax: (312) 236-9201

MORRISON & FOERSTER LLP
DANIEL P. MUINO
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Tel: (650) 813-5600 / Fax: (650) 494-0792

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS
mjacobs@mofo.com
MARC DAVID PETERS
mdpeters@mofo.com
DANIEL P. MUINO
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Tel: (650) 813-5600 / Fax: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel: (510) 874-1000 / Fax: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY
dorian.daley@oracle.com
DEBORAH K. MILLER
deborah.miller@oracle.com
MATTHEW M. SARBORARIA
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel: (650) 506-5200 / Fax: (650) 506-7114

*Attorneys for Plaintiff*
in Principal Case

# CERTIFICATE OF SERVICE

I, Todd H. Flaming, an attorney, certify that I caused a copy of the attached Notice of Motion to be served, this 5th day of August, 2011 upon the following parties as set forth below:

| | |
|---|---|
| MOTOROLA MOBILITY, INC.<br>c/o CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, Illinois 60604<br>(by process server)<br><br>GOOGLE INC.<br>(all counsel by email)<br>Robert F. Perry<br>Scott T. Weingaertner<br>Bruce W. Baber<br>Mark H. Francis<br>Christopher C. Carnaval<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br>---<br>RPerry@kslaw.com<br>SWeingaertner@kslaw.com<br>bbaber@kslaw.com<br>mfrancis@kslaw.com<br>ccarnaval@kslaw.com<br>---<br>Google-Oracle-Service-OutsideCounsel@kslaw.com<br>Fax:     212.556.2222<br><br>Donald F. Zimmer, Jr.<br>Cheryl Z. Sabnis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br>fzimmer@kslaw.com<br>csabnis@kslaw.com<br>Fax: 415.318.1300 | Timothy T. Scott<br>Geoffrey M. Ezgar<br>Leo Spooner III<br>KING & SPALDING, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA  94065<br>TScott@kslaw.com<br>GEzgar@kslaw.com<br>LSpooner@kslaw.com<br>Fax:     650.590.1900<br><br>Steven Snyder<br>KING & SPALDING LLP<br>100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202<br>ssnyder@kslaw.com<br>Fax:     704.503.2622<br><br>Brian Banner<br>King & Spalding LLP<br>401 Congress Avenue<br>Suite 3200<br>Austin, TX  78701<br>bbanner@kslaw.com<br>Fax.  512.457.2100 |

| | |
|---|---|
| Ian C. Ballon<br>Heather Meeker<br>GREENBERG TAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>ballon@gtlaw.com<br>meekerh@gtlaw.com<br>Fax:    650.328.8508<br><br>Valerie W. Ho<br>GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404<br>hov@gtlaw.com<br>Fax:  310.586.7800 | Renny F. Hwang<br>GOOGLE INC.<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043<br>rennyhwang@google.com<br>Fax:    650.618.1806<br><br>Joseph R. Wetzel<br>Dana K. Powers<br>GREENBERG TRAURIG, LLP<br>153 Townsend Street, 8th Floor<br>San Francisco, CA  94107<br>wetzelj@gtlaw.com<br>powersdk@gtlaw.com<br>Fax: 415.707.2010<br><br>Robert A. Van Nest<br>Christa M. Anderson<br>Michael S. Kwun<br>Daniel Purcell<br>Eugene M. Paige<br>Matthias A. Kamber<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>rvannest@kvn.com<br>canderson@kvn.com<br>mkwun@kvn.com<br>dpurcell@kvn.com<br>epaige@kvn.com<br>mkamber@kvn.com<br>dalvik-kvn@kvn.com<br>Fax: 415.397.7188 |

/s/ *Todd H. Flaming*

_____

Todd H. Flaming

2