# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5320 | **DATE** | 8/11/2011 |
| **CASE TITLE** | Oracle America, Inc. Vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Daniel Muino's motion for leave to appear pro hac vice for Plaintiff [9] is granted. As stated on the record, Plaintiff's motion to compel the deposition of Motorola [6] is stricken as moot.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | maw |
|---|---|---|